# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Biltek Afghan Construction Company | )     ASBCA Nos. 58832, 58947 |
| | ) |
| Under Contract No. W5J9JE-11-C-0076 | ) |

APPEARANCE FOR THE APPELLANT:    Wojciech Z. Kornacki, Esq.
      Centre Law & Consulting, LLC
      Vienna, VA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
      Engineer Chief Trial Attorney
    Daniel B. McConnell, Esq.
      Engineer Trial Attorney
      U.S. Army Engineer District, Middle East
      Winchester, VA

## ORDER OF DISMISSAL

Pursuant to the parties' joint status report dated 20 April 2015 informing the Board that these appeals had been settled and appellant's motion to dismiss both appeals with prejudice dated 3 June 2015, these appeals are dismissed with prejudice.

Dated: 5 June 2015

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58832, 58947, Appeals of Biltek Afghan Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals